IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS JIMENEZ, individually and on behalf of a class of similarly situated consumers,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN PARA PROFESSIONAL SYSTEMS, INC. d/b/a APPS PARA MEDICAL SERVICES,<br><br>　　　　Defendant. | Case No. 1:22-cv-05244 |

### NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that LUIS JIMENEZ ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, AMERICAN PARA PROFESSIONAL SYSTEMS, INC. d/b/a APPS PARA MEDICAL SERVICES, have reached settlement as to Plaintiff's individual claims only. Plaintiff intends on dismissing the class claims without prejudice. The parties are in the process of completing the settlement and intend on filing dismissal papers within 60 days.

DATED: December 16, 2022	Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**LUIS JIMENEZ**
　　　　　　　　　　　　　　　　　　　By: */s/ Mohammed O. Badwan*
　　　　　　　　　　　　　　　　　　　Mohammed O. Badwan
　　　　　　　　　　　　　　　　　　　SULAIMAN LAW GROUP, LTD.
　　　　　　　　　　　　　　　　　　　2500 South Highland Avenue
　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　Lombard, Illinois 60148
　　　　　　　　　　　　　　　　　　　+1 630-575-8180
　　　　　　　　　　　　　　　　　　　mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                          */s/ Mohammed O. Badwan*
                                                          Mohammed O. Badwan, Esq.